# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SAVATREE, LLC, § § § Plaintiff § § v. § § SHAWNEE MISSION TREE SERVICE, § INC. D/B/A ARBOR MASTERS, GETTH § NELSON, FRANCISCO ANDRADE, § CODY CAUDILL, and LUIS CASTRO, § § Defendants. § | Case No.: 3:22-cv-02052-K |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff SavATree, LLC ("SavATree") hereby submits the following information in compliance with Fed. R. Civ. P. 7.1:

1. SavATree is a wholly-owned subsidiary of CI (Quercus) Intermediate Holdings, LLC.

2. No publicly-held company owns 5% or more of SavATree stock.

| | |
|---|---|
| Dated:  September 19, 2022 | VEDDER PRICE P.C.<br><br>By:  _____<br>Stephanie C. Sparks<br>Bar No. 24042900<br>ssparks@vedderprice.com<br>100 Crescent Court, Suite 350<br>Dallas, Texas  75201<br>T: (469) 895-4800<br>F: (469) 895-4802<br><br>Jonathan A. Wexler (*pro hac vice* to be filed)<br>jwexler@vedderprice.com<br>1633 Broadway, 31st Floor<br>New York, New York 10019<br>T:  +1 212 407 7700<br>F:  +1 212 407 7799<br><br>Allie E. Czerniak (*pro hac vice* to be filed)<br>aczerniak@vedderprice.com<br>222 North LaSalle Street<br>Chicago, Illinois 60601<br>T: (312) 609 7626<br>F: (312) 609 5005<br><br>**ATTORNEYS FOR PLAINTIFF SAVATREE, LLC** |

## CERTIFICATE OF SERVICE

I certify that on September 19th, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that a true copy of the foregoing was furnished by CM/ECF to all counsel of record.

>  */s/ Stephanie C. Sparks*
> Stephanie C. Sparks

VP/#57872237.1