UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SavATree, LLC | § | |
| *Plaintiff* | § § § | |
| v. | § § | Case No. 3:22-cv-02052-K |
| Shawnee Mission Tree Service, Inc. d/b/a Arbor Masters, et al., | § § § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Jonathan A. Wexler                                                                                   , with offices at

Vedder Price, P.C. 1633 Broadway, 31st Floor
(Street Address)

New York                                    NY                    10019
(City)                                       (State)              (Zip Code)

212-407-7732                                 212-407-7799
(Telephone No.)                              (Fax No.)


**II.** Applicant will sign all filings with the name  Jonathan A. Wexler                          .


**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

SavATree, LLC




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____New York_____, where Applicant regularly practices law.

Bar license number: 2239945     Admission date: March 1989

For Court Use Only.
Bar StatusVerified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Second Circuit | 1998 | Active |
| Southern District of New York | 1989 | Active |
| Eastern District of New York | 1989 | Active |
|  |  |  |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application: __N/A__

Case No. And Style: _____

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

__Stephanie Sparks__, who has offices at

__Vedder Price, P.C., 100 Crescent Court, Suite 350__
(Street Address)

__Dallas__ __Texas__ __75201__
(City)  (State)  (Zip Code)

__469-895-4800__ __469-895-4802__
(Telephone No.)  (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the __3rd__ day of __October__, __2022__.

__Jonathan A. Wexler__
Printed Name of Applicant

*/s/ Jonathan A. Wexler*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Jonathan A. Wexler

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 1, 1989**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on September 29, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00085560



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

**HECTOR D. LASALLE**
PRESIDING JUSTICE

**MARIA T. FASULO**
CLERK OF THE COURT

**DARRELL M. JOSEPH**
DEPUTY CLERKS

**KENNETH BAND**
**MELISSA KRAKOWSKI**
**WENDY STYNES**
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SAVATREE, LLC,<br><br>    Plaintiff<br><br> v.<br><br>SHAWNEE MISSION TREE SERVICE,<br>INC. D/B/A ARBOR MASTERS, GETTH<br>NELSON, FRANCISCO ANDRADE,<br>CODY CAUDILL, and LUIS CASTRO,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§  Case No.: 3:22-cv-02052-K<br>§<br>§<br>§<br>§<br>§ |

## [PROPOSED] ORDER GRANTING MOTION TO APPEAR PRO HAC VICE OF ATTORNEY JONATHAN A. WEXLER

THIS CAUSE coming before the Court on the Motion to Appear Pro Hac Vice of Attorney Jonathan A. Wexler, counsel for Plaintiff, SavATree, LLC, the Court being fully advised and compelling reasons shown,

**IT IS HEREBY ORDERED** that the Motion to Appear Pro Hac Vice of Attorney Jonathan A. Wexler is GRANTED.

**DONE AND ORDERED** on this _____ day of _____, 2022

ENTER:

_____
JUDGE

Prepared by:

Stephanie C. Sparks
Bar No. 24042900
ssparks@vedderprice.com
100 Crescent Court, Suite 350
Dallas, Texas  75201
T: (469) 895-4800
F: (469) 895-4802

Jonathan A. Wexler (pro hac vice to be filed)
jwexler@vedderprice.com
1633 Broadway, 31st Floor
New York, New York 10019
T:  +1 212 407 7700

VP/#58150833.1

F:  +1 212 407 7799

Allie E. Czerniak (pro hac vice to be filed)
aczerniak@vedderprice.com
222 North LaSalle Street
Chicago, Illinois 60601
T: (312) 609 7626
F: (312) 609 5005

Service will be made electronically on all ECF-Registered counsel of record via email generated by the court's ECF system.

2

VP/#58150833.1